NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3004

---

Petition for review of the Merit Systems Protection Board in case no. NY3330080346-B-1.

---

## ON MOTION

---

## ORDER

Jose W. Linares-Rosado moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___OCT 15 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jose W. Linares-Rosado
    Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2010

JAN HORBALY
CLERK